**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIEGO ARMANDO COBA RAQUEJO,<br><br>　　　　Defendant. | Case No. **24MJ4820-VET** _____<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 2261A - Stalking (Felony) |

　　The undersigned complainant, being duly sworn, states:

<u>Count 1</u>

　　Beginning on a date unknown and continuing up to and including December 23, 2024, within the Southern District of California, and elsewhere, defendant DIEGO ARMANDO COBA RAQUEJO, did knowingly and intentionally stalk Victim 1, to wit: by using the mail, interactive computer service and electronic communication service and electronic communication system of interstate commerce, or another facility of interstate and foreign commerce to engage in a course of conduct, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, that (B) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress

to another person in violation of Title 18, United States Code, Section 2261A(2)(B).

_____
*Alexander L. Lima*
ALEXANDER L. LIMA, Special Agent
Federal Bureau of Investigation

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this <u>31st</u> day of December, 2024.

_____
HON. VALERIE E. TORRES
United States MAGISTRATE JUDGE